1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                  NORTHERN DISTRICT OF CALIFORNIA

7

8    DOUGLAS DANIEL CLARK,                No. C 08-4224 SI (pr)

9            Plaintiff,                   **JUDGMENT**

10       v.

11   WAYNE JEPPESON; et al.,

12           Defendants.

13   _____/

14

15       This action is dismissed for failure to state a claim upon which relief may be granted.

16

17       IT IS SO ORDERED AND ADJUDGED.

18

19   Dated: July 7, 2011              _____
                                           SUSAN ILLSTON
20                                      United States District Judge

21

22

23

24

25

26

27

28